UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CARLY D. R.,**

    **Plaintiff,**

  v.

    Case No. 2:24-cv-3831
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Peter B. Silvain, Jr

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on the Parties' Joint Stipulation to Remand. (ECF No. 8.) The Parties seek to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). (*Id.*) Accordingly, this matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. §405(g), for further consideration and administrative proceedings. Per the Parties' Joint Stipulation, upon remand, the Appeals Council will remand the matter to an Administrative Law Judge for further proceedings and the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a new hearing.

The Clerk is **DIRECTED** to enter judgment and terminate this case.

    **IT IS SO ORDERED.**

**10/9/2024**
**DATE**

                          **s/Edmund A. Sargus, Jr.**
                           **EDMUND A. SARGUS, JR.**
                           **UNITED STATES DISTRICT JUDGE**