UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CARLY R.,**

      **Plaintiff,**

    v.                               Case No. 2:24-cv-3831
                                    Judge Edmund A. Sargus, Jr.
                                    Magistrate Judge Peter B. Silvain, Jr.

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion for an Award of Attorneys' Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (ECF No. 11.) The Parties stipulated to an award of attorney's fees in connection with the resolution of this case. (*Id.*)

The Court **GRANTS** the parties' Joint Motion. (ECF No. 11.) The Commissioner shall pay Plaintiff's attorney's fees, costs, and expenses in the amount of $1,450.00. After the Court enters this award, counsel for the Parties shall verify that Plaintiff owes no pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel.

The case remains closed.

    **IT IS SO ORDERED.**

1/22/2025                                            s/Edmund A. Sargus, Jr.
**DATE**                                     **EDMUND A. SARGUS, JR.**
                                              **UNITED STATES DISTRICT JUDGE**